## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.** _____ |
| | : | |
| | : | |
| **TEDDARRIAN CREWS,** | : | **18 U.S.C. § 1343 (Wire Fraud)** |
| | : | |
| **Defendant.** | : | |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (WIRE FRAUD)

1. From in or about May 2004 and in or about February 2005, defendant, TEDDARIAN CREWS ("defendant"), was employed by the Equal Employment Opportunity Commission ("EEOC") as an Audiovisual Specialist. In his employment capacity, defendant had access to electronic and computer equipment purchased by the EEOC in support of its operations.

2. Between in or about May 2004 and in or about February 2005, within the District of Columbia, defendant stole in excess of seventy items of computer and electronic equipment valued at $92,233.45 from the EEOC headquarters building located at 1801 L Street, NW, in the District of Columbia. In his role as an audiovisual specialist, defendant was able to remove the computer and electronic items from the building without informing any of his supervisors or coworkers. Defendant placed these items for sale on e-Bay, an Internet auction service, fraudulently representing that he was the owner of these items.

3. Using his EEOC-issued desktop computer in the District of Columbia, defendant sold nearly all of the items he stole to purchasers on e-Bay. In order to effectuate these sales, defendant

communicated with the purchasers through e-mail. Further, defendant obtained payment for the stolen items via the PayPal system, an electronic payment system that serves as a broker for e-Bay members conducting financial transactions online. At the direction of the defendant, PayPal electronically deposited the proceeds of defendant's sale of these items into a bank account held by defendant.

4. Between in or about May 2004 and in or about February 2005, within the District of Columbia, defendant, TEDDARRIAN CREWS, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud and for obtaining money and property by false and fraudulent pretenses, representations, and promises, did knowingly cause to be transmitted by wire certain writings, signs, signals, pictures, or sounds. Specifically, on September 22, 2004, the defendant transmitted and caused to be transmitted by means of wire communication in interstate commerce, e-mail communications to T.P., in order to induce T.P. to purchase a Cisco Catalyst 2950C network switch that the defendant represented was his property when in fact the defendant had stolen the Cisco Catalyst 2950C network switch from the EEOC.

**(Wire Fraud, in violation of Title 18, United States Code, Section 1343)**

Respectfully submitted,

KENNETH WAINSTEIN
United States Attorney for the District of Columbia

By: _____
JOHN CARLIN and KIM HERD
Assistant United States Attorneys
Fraud and Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530