UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 05-177 (ESH) |
| | : |
| TEDDARRIAN CREWS, | : |
| | : |
| Defendant. | : |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to John Carlin. This is a notice that Assistant United States Attorney Kim A. Herd, D.C. Bar Number 461615, telephone number (202) 616-3702, is entering appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
KIM A. HERD
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 461615
555 4th Street, N.W., Room 5826
Washington, DC 20530
(202) 616-3702

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served via facsimile (703) 522-4570 on counsel for the defendant, Nicholas A. Balland, Esq., Pelton, Balland, Demsky, Baskin, and O'Malie, 2300 Clarendon Blvd., Suite 700, Arlington, VA 22201, this tenth day of June, 2005.

_____
KIM A. HERD
ASSISTANT UNITED STATES ATTORNEY

Case 1:05-cr-00177-ESH   Document 2   Filed 06/10/2005   Page 2 of 2