AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

———— DISTRICT OF ————

**FILED**

JUN 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Teddarrian Crews

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-177

I, _____T. Crews_____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____6/21/05_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____E S Huck_____
Judicial Officer