to pay full restitution at the conclusion of any term of incarceration.

                                          Respectfully submitted,

                                          KENNETH L. WAINSTEIN
                                          UNITED STATES ATTORNEY


                                          _____
                                          JOHN P. CARLIN
                                          KIM A. HERD
                                          Assistant United States Attorneys
                                          Fraud & Public Corruption Section
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 353-4862
                                          (202) 616-3702


### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Government's Memorandum in Aid of Sentencing has been served electronically and by telecopier (703) 522-4570 upon Nicholas Balland, Esq., counsel for the defendant on 16th of September 2005.

                                          _____
                                          KIM A. HERD
                                          ASSISTANT U.S. ATTORNEY