HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 05-177-01 |
| vs. | : | SSN: 18196 |
| Teddarrian Crews | : | Disclosure Date: August 9, 2005 |

**FILED**
SEP 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(L)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                    _____
Prosecuting Attorney  (Jam Hurd & John Carlin(KH))            Date  August 18, 2005

### For the Defendant

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____         _____   _____
Defendant                   Date             Defense Counsel              Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Thursday, August 18, 2005**, to U.S. Probation Officer **Tanyita Ruley**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: 05-177-01 |
|---|---|---|
| vs. | : | SSN: 18196 |
| Teddarrian Crews | : | Disclosure Date: August 9, 2005 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          AUGUST 18, 2005
**Prosecuting Attorney**                                       **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____          _____  _____
**Defendant**       **Date**                            **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Thursday, August 18, 2005**, to U.S. Probation Officer **Tanyita Ruley**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# FAX

| | | | |
|---|---|---|---|
| To: | Ms. Tanyita Ruley | From: | Kim Herd, AUSA |
| Fax: | (202) 273-0242 | Phone: | (202) 616-3702 |
| Date: | August 18, 2005 | | |
| Re: | U.S. v. Teddarrian Crews, Docket No. 05-177-01 | | |
| Page(s): | 4, including cover | | |

COMMENTS:

Attached, please find the Government's signed copy of the Receipt and Acknowledgment of the Presentence Investigation Report along with a memo outlining the Government's notice of inaccuracies in the report. I have also provided a copy to defense counsel.

Please feel free to contact me should you have any questions. Thank you.

---

### U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**

PLEASE SEE ATTACHED MEMORANDUM TO PROBATION OFFICER TANYEIA RULEY DATED AUG 18, 2005

Signed by: Jam Heed, AUSA
John Carlin, AUSA (by kmHed)
(Defendant/Defense Attorney/AUSA)

Date: AUG. 18, 2005

# Memorandum



United States Attorney
District of Columbia

| Subject: | Date: |
|---|---|
| Presentence Investigation Report for Teddarrian Crews, Docket No. CR-05-177-01 | August 18, 2005 |

| To: | From: |
|---|---|
| Tanyita Ruley<br>United States Probation Officer | Kim Herd, AUSA<br>John Carlin, AUSA |

The Government notes the following inaccuracies in the Presentence Investigation Report prepared for the case of <u>United States v. Teddarrian Crews</u>, Docket No. CR-05-177-01:

On page 3, paragraph 3, the Presentence Investigation Report incorrectly states that "The parties agreed that they will not be bound by the proposed interpretations of applicable Sentencing Guidelines provisions contained in the plea agreement." In fact, the plea agreement states the opposite. On page 2, paragraph 3, the plea agreement states that "Your client and this Office agree that a sentence within the sentencing range determined pursuant to the United States Sentencing Guidelines as set forth in this paragraph would be a reasonable sentence for your client in this case." The plea agreement then states, "In the event that this plea offer is either not accepted by Mr. Crews or is accepted by Mr. Crews but the guilty plea is either rejected by the Court or subsequently is withdrawn, the parties will not be bound by the proposed interpretations of applicable Sentencing Guidelines provisions contained herein."

On page 12, paragraph 51, the Presentence Investigation Report erroneously states that Mr. Crews' counsel is appointed by the Court. This is inaccurate. Mr. Crews' attorney is privately retained.

TOTAL P.04