09/08/2005  14:17  7035224570                    PELTON BALLAND                              PAGE 02/03

HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: **05-177-01** |
| vs. | : | SSN: **18196** |
| Teddarrian Crews | : | Disclosure Date: **August 9, 2005** |

**FILED SEP 22 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                    _____
**Prosecuting Attorney**                                              **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____        _____    _____
**Defendant**                        **Date**                               **Defense Counsel**    **Date** 9/2/05

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Thursday, August 18, 2005**, to U.S. Probation Officer **Tanyita Ruley**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer

Receipt and Acknowledgment                                                          Page 2

Defense Counsel concurs with the objections of the Prosecutor as to inaccuracies set forth in page 3 paragraph 3

The defendant is in fact bound by the applicable sentencing guidelines pursuant to the plea agreement.

Further page 12 paragraph 51 is incorrect. Counsel for Defendant was retained.

There are no other inaccuracies

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 9/2/05